```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO
```

CARLOS SANTANA,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 03-1826 (JAF)

(Criminal No. 99-097)

## **J U D G M E N T**

Pursuant to the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered summarily dismissing this 28 U.S.C. § 2255 petition. Rule 4, <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 5th day of August, 2004.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                    Chief U.S. District Judge